IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


ALBERT L. MANNING,

      Appellant,

 v.                                    Case No.  5D15-4166

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 10, 2016

3.850 Appeal from the Circuit
Court for St. Johns County,
J. Michael Traynor, Judge.

Albert L. Manning, Jasper, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      Albert L. Manning, Jr., appeals the order entered by the trial court summarily

denying his amended motion for post-conviction relief, filed pursuant to rule 3.850 of the

Florida Rules of Criminal Procedure. We reverse the order in part and remand this matter

to the trial court because, as the State properly concedes, the trial court failed to attach

documents which refute Manning's claim for relief in ground 2 of his motion. In all other respects, we affirm.

AFFIRMED in part; REVERSED in part; REMANDED.

LAWSON, C.J., PALMER and WALLIS, JJ., concur.